# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST PEACHY THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN BERNARDINO et al.,<br><br>    Defendants. | CASE NO. CV 19-00167-DMG (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART COUNTY'S MOTION TO DISMISS** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all relevant records in this case and the attached Report and Recommendation of the U.S. Magistrate Judge. The time for objections has passed with none filed. The Court thus concurs with and accepts the findings, conclusions, and recommendations of the U.S. Magistrate Judge.

THEREFORE, the County's Motion to Dismiss is GRANTED in part and DENIED in part, as set forth in the Report and Recommendation. The County and Defendant J. Estrada must file their answers to the surviving claims in the complaint, as described in the Report and Recommendation, within 14 days of this order. *See* Fed. R. Civ. P. 12(a)(4)(A). The case remains referred to the assigned Magistrate Judge for pretrial proceedings.

**IT IS SO ORDERED.**

DATED: January 6, 2020

                                                DOLLY M. GEE
                                                United States District Judge