LAURA L. CRANE, Bar No. 238246
Deputy County Counsel
MICHELLE D. BLAKEMORE, Bar No. 110474
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415
Telephone: (909) 387-5449
Facsimile: (909) 387-4069
E-Mail: laura.crane@cc.sbcounty.gov

JS-6

Attorneys for Defendants County of San Bernardino and Deputy J. Estrada

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERNEST PEACHY THOMAS, | Case No. 5:19-00167-DMG-SK |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| THE COUNTY OF SAN BERNARDINO, *et al.*; | |
| Defendants. | |

ORDER DISMISSING CASE WITH PREJUDICE

1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties' stipulation, and good cause appearing, the above-entitled action is dismissed, with prejudice, as to all parties and claims. Each party shall bear its own attorneys' fees and costs.

Dated: September 29, 2020

HON. STEVE KIM
U.S. MAGISTRATE JUDGE